AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Antwan L. HUTCHINSON
*Defendant*

Case No. 2:17-MJ-150

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  02/23/2017  in the county of  Franklin  in the  Southern  District of  Ohio , the defendant violated  18  U. S. C. § 1512a1C /2 , an offense described as follows:

Antwan HUTCHINSON and Michael FAVORS did kill witnesses, to prevent them from communicating with law enforcement, in violation of Title 18 U.S.C. Section 1512(a)(1)(C); and Title 18 U.S.C. Section 2.

This criminal complaint is based on these facts:
(See attached)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Burns, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/23/2017

_____
*Judge's signature*

City and state:  Columbus, Ohio  Elizabeth A. Preston-Deavers, U.S. Magistrate Judge
*Printed name and title*

## PROBABLE CAUSE AFFIDAVIT

I, **Jason Burns**, being duly sworn, depose and state that:

I have been a Special Agent (S/A) of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives since September 2005. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator School and a graduate of the ATF National Academy; and as a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to Narcotics, Firearms and Tampering with Witnesses violations.

1. On or about February 12, 2017, Antwan HUTCHINSON, Michael FAVORS and others severely beat Cody Campbell to prevent him from cooperating with an ATF investigation of Antwan HUTCHINSON's narcotics trafficking activities. On or about February 13, 2017, Cody Campbell died. On or about February 23, 2017, Antwan HUTCHINSON, and another shot and killed Sidney Campbell and Marie Stamp to prevent them from cooperating with ATF in the investigation of Antwan HUTCHINSON's narcotics trafficking activities and the beating of Cody Campbell.

2. On or about February 10, 2017, CPD ATF Task Force Officers (TFO's) and ATF Agents executed a state search warrant at 69 Whitethorne Ave., Columbus, OH. TFO's and Agents recovered the following items:

   a. Rossi, Model M970, .357 caliber Revolver, with an obliterated serial number;
   a. Phoenix Arms, Model Raven, .25 caliber Pistol, serial number 3201089;
   b. Davis Industries, Model D32, .32 caliber Pistol, serial number 272203;
   c. Smith & Wesson, Model SD9VE, 9mm caliber Pistol, serial number HFR3852;
   d. Approximately 20g of powder cocaine (Field Test Positive for Cocaine);
   e. Approximately 8g of crack cocaine (Field Test Positive for Cocaine);
   f. Approximately 229g of Marijuana;
   g. Numerous assorted pills, to include Oxycodone;
   h. Diamond rings appraised at over $9,000 (located with guns and cocaine); and
   i. Over 400 rounds of loose or boxed ammunition.

TFO/Agents located a safe behind a false wall in the upstairs bathroom closet. Sitting on top of the safe was the Rossi .357 caliber revolver. TFO/Agents were able to pry the safe from the floor and gained access to the contents. Inside the safe was the Phoenix Arms .25 caliber pistol and the Davis Industries .32 caliber pistol. Also in the safe was all of the cocaine (powder and crack), approximately 187g of marijuana, miscellaneous pills, and the diamond rings with an appraisal card from 2002 estimating the rings' value as $9,285.00.

3. On or about February 13, 2017, CPD Officers responded to 68 Whitethorne Ave., Columbus, OH where the resident and victim, Cody Campbell, was pronounced deceased by the medics. Officers notified Homicide Detectives, which responded due to the suspicious circumstances of the death. The victim's mother, Sidney Campbell, who also lived at the residence, was present.

4. On or about February 23, 2017, at approximately 1:30 PM, CPD Officers responded to the area of 64 Whitethorne Ave., Columbus, OH on a report of an attempted Kidnapping. The victim, Rasheed Sewell, stated that he was walking with Marie Stamp when Antwan HUTCHINSON and Michael FAVORS approached them while driving a white Bravada SUV. Sewell stated that HUTCHINSON pointed a gun at him, and told him to get in the car. Sewell stated that he ran from the area, hid, and contacted the police. Sewell stated that Stamp remained with the SUV and that Stamp contacted Sewell via her cell phone asking what was wrong. Sewell stated that the call from Stamp ended abruptly. CPD Officers responded to the area, observed a white Oldsmobile Bravada SUV, and attempted to conduct a traffic stop. The SUV fled the area and the officers lost sight of the SUV shortly after the pursuit. A kidnapping warrant was issued on HUTCHINSON.

5. On this same date, at approximately 4:20 PM, CPD Officers and Homicide Detectives responded to 68 Whitethorne Ave., Columbus, OH, where Sidney Campbell and Marie Stamp were discovered deceased. Both victims appeared to have died from suspected gunshot wounds to the head. This is the same location where Cody Campbell's body was discovered ten days earlier.

6. On or about March 10 and 14, 2017, CPD Homicide Detectives and your Affiant interviewed Temesia Greene, who lived at 69 Whitethorne Ave., Columbus, OH. Temesia Greene advised that Cody Campbell lived at 68 Whitethorne Ave., and that Campbell assisted "WAN" in trafficking drugs. Temesia Greene was shown a photograph of Antwan HUTCHINSON with no names or identifying information. Temesia Greene identified HUTCHINSON as "WAN." Temesia Greene stated that she would provide money to Campbell for crack cocaine and that Campbell would walk to HUTCHINSON's drug selling location on Midland Avenue (one block west of Whitethorne) and return with crack. Greene advised that in early January 2017, Campbell showed up one day with some crack (approximately $200 worth) and they both smoked the crack, and a couple of days later Campbell came over and stated that they owe HUTCHINSON for the crack. Greene stated that HUTCHINSON came to Greene's residence with Campbell, and that HUTCHINSON hit her, threatened to kill her and stated that Greene "ain't gonna smoke my stuff and get away with it." Greene stated that HUTCHINSON and Campbell went upstairs to the upstairs bathroom and she heard banging and other noises, as if maintenance work was being done. Greene stated that HUTCHINSON warned her not to go looking for anything. Greene advised that HUTCHINSON and FAVORS moved futons into 68 Whitethorne Ave., and began selling drugs from Campbell's residence. HUTCHINSON told both Campbell and Greene that if they ever talked to the police he would kill them. Greene was shown a

2

photograph of Michael J. FAVORS with no names or identifying information. Greene identified FAVORS.

7. Greene advised that when ATF/CPD executed the search warrant in February 2017 it was HUTCHINSON's drugs and guns that were found. Greene advised that shortly after the search warrant Cody Campbell told her that HUTCHINSON blamed them for the search and thought that both were cooperating with law enforcement. Greene advised that on or about February 21, 2017, she talked to Sidney Campbell and Marie STAMP. Greene stated that Sidney Campbell informed her that HUTCHINSON, FAVORS, and two (2) bi-racial Females came to the house on February 13, 2017 and beat up Cody Campbell because they said he talked to the police. Greene advised that Sidney Campbell stated that she was put in a room while her son was beat with a 2X4, and the girls hit him with fishing poles. Sidney Campbell stated that FAVORS hit Cody Campbell with the 2X4. Greene advised that Sidney Campbell stated that they were all in trouble since her son died from the beating and they knew HUTCHINSON did it. Greene advised that Marie Stamp used to date Cody Campbell, and moved into 68 Whitethorne Ave. Greene stated that on or about February 23, 2017, she observed a white SUV parked on Whitethorne and HUTCHINSON exited the drivers' side, with FAVORS as the passenger. Greene stated that HUTCHISON and FAVORS were dressed in black and went to the front door of 68 Whitethorne Ave., and entered the residence. Greene stated that she heard two gunshots and approximately four to five people came outside of the house. Greene stated that HUTCHINSON and FAVORS went to the white SUV and left the area with HUTCHINSON driving. Greene stated the police arrived at 68 Whitethorne Ave. approximately one to two hours later.

8. Based on your affiant's knowledge, training and experience as an ATF Special Agent in dealing with narcotics trafficking and tampering with witnesses, your affiant believes there is probable cause to believe that Antwan HUTCHINSON and Michael FAVORS did kill witnesses Sidney Campbell and Marie Stamp, to prevent them from communicating with law enforcement, in violation of Title 18 U.S.C. Section 1512(a)(1)(C); and Title 18 U.S.C. Section 2.

_____
Jason Burns
Special Agent, ATF

Sworn to and subscribed before me this 22nd day of March, 2017 in Columbus, Ohio.

_____
Elizabeth A. Preston Deavers
U.S. MAGISTRATE JUDGE

3